UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

FOSSIL FUELS, INC.                              Case No. 2:03-bk-20334
                                                Chapter:  7
                                                JUDGE B. MCKAY MIGNAULT

            Debtor.

DEFICIENCY NOTICE
REGARDING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN that the Application for Payment of Unclaimed Funds in the amount of $2,361.64 filed by Assignee, Jose T. Rubio, as representative of Claimant: Robert L. Cline in this Court on August 5, 2024, is deficient for the following reasons:

|   |   |
|---|---|
|   | Failure to file required Application. |
| X | Failure to provide supporting documents establishing ownership and/or entitlement of Robert L. Cline, on behalf of Marathon Technical Services, Inc. |
| X | Failure by corporation to secure representation by counsel. |
| X | Failure of original claimant, Robert L. Cline to provide notarized statement to include brief history of the claim from the date of filing to present to reflect possible reasons for the funds not being deliverable at the time of original distribution. |
| X | Failure to provide Notice of Change of Address for original claimant Robert L. Cline. |
|   | Failure to provide notarized, wet signature, contractual agreement between parties and to include the amount of compensation to be paid. |
|   | Failure to submit forms and supporting documents with wet signatures. |
|   | Failure to provide copy of power of attorney. |
| X | Failure to provide 2 proofs of identity for Jose T. Rubio and Robert L. Cline with affixed notary verification. |
|   | Failure to provide AO213 Vendor Information/TIN Certification form. |
|   | Failure to provide current version of AO213 Vendor Information/TIN Certification form. |
| X | Failure to properly complete AO213 Vendor Information/TIN Certification form to include: Assignor, Robert L. Cline in Part 1, Line 2. |
|   | Failure to provide copy of Death Certificate for deceased owner of record. |
|   | Failure to provide proof of name change. |
|   | Other:  Proof of Identity of the successor Claimant(s) (e.g., unredacted copy of driver's license                                                                                                                                                    . |

NOTICE IS HEREBY GIVEN that the above deficiency should be corrected within ten (10) days of the date of this notice, otherwise, an order may be entered denying the Application for Payment of Unclaimed Funds.

DATED: August 8, 2024

                                        Lesley Hoops, Clerk of Court
                                        By: Rhonda Justice, Deputy Clerk

United States Bankruptcy Court

Southern District of West Virginia

| | |
|---|---|
| In re: | Case No. 03-20334-BMM |
| Fossil Fuels, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0425-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2024 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Jose T. Rubio, Assignee for Robert L. Cline, PO Boxs 1471, Shepherdstown, WV 25443-1471 |
| cr | + | Robert L. Cline, 1711 Monterey Dr., Summersville, WV 26651-1215 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 10, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann R. Starcher | on behalf of Creditor Integrity Coal Sales astarcher@lgcr.com |
| Casey W Baker | on behalf of Plaintiff Janet Smith Holbrook  Trustee caseywbaker.law@gmail.com |
| Christopher S. Smith | on behalf of Debtor Fossil Fuels  Inc. chris@hhsmlaw.com, carol@hhsmlaw.com;nickyhhsmlaw@gmail.com |
| Christopher S. Smith | on behalf of Plaintiff Fossil Fuels  Inc. chris@hhsmlaw.com, carol@hhsmlaw.com;nickyhhsmlaw@gmail.com |
| Gary L. Call | on behalf of Creditor Office of Surface Mining Reclamation and Enforcement  United States Department of the Interior usawvs.ecfbankruptcy@usdoj.gov |

| | |
|---|---|
| James R. Sheatsley | on behalf of Interested Party Official Committee Unsecured Creditors jsheatsley@gormansheatsley.org gormansheatsley@suddenlinkmail.com |
| James W. Lane, Jr. | on behalf of Defendant Gauley Eagle Holdings Inc. jlane@flahertylegal.com, rkoon@flahertylegal.com |
| James W. Lane, Jr. | on behalf of Creditor Gauley Eagle Holdings Inc. jlane@flahertylegal.com, rkoon@flahertylegal.com |
| Janet Smith Holbrook | on behalf of Trustee Janet Smith Holbrook janet.holbrook@dinsmore.com jamie.bishop@dinsmore.com |
| Janet Smith Holbrook | bankruptcy.trustee@dinsmore.com jamie.bishop@dinsmore.com;jsh@trustesolutions.net |
| Janet Smith Holbrook | on behalf of Plaintiff Janet Smith Holbrook Trustee janet.holbrook@dinsmore.com, jamie.bishop@dinsmore.com |
| L. Wayne Williams | on behalf of Creditor West Virginia State Tax Department wayne.williams@wvago.gov |
| Larry M. Bonham | on behalf of Creditor WV Insurance Commissioner larry.m.bonham@wv.gov |
| Marye L. Wright | on behalf of Creditor WV Bureau of Employment Programs Unemployment Compensation Division larry.bonham@wvinsurance.gov |
| Robert L. Nistendirk | bankruptcy@wnacpas.com |
| Robert M Stonestreet | on behalf of Interested Party Atlantic Leaseco LLC rstonestreet@babstcalland.com, sburgess@babstcalland.com |
| Spencer D. Elliott | on behalf of Creditor Integrity Coal Sales selliott@lgcr.com |
| U.S. Trustee | ustpregion04.ct.ecf@usdoj.gov |
| William F. Dobbs, Jr. | on behalf of Plaintiff Pardee Minerals LLC wdobbs@jacksonkelly.com, eamandus@ecf.courtdrive.com |

TOTAL: 19